| | | |
|---|---|---|
| In re: PADCO ENERGY SERVICES, LLC | § | Case No. 16-51380 |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

ELIZABETH G. ANDRUS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $2,240,589.74<br>*(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants:$993,533.71 | Claims Discharged<br>Without Payment: N/A |
| Total Expenses of Administration:$305,753.97 | |

3) Total gross receipts of $ 1,299,287.68 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $1,299,287.68 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $5,094,926.68 | $3,428,983.44 | $993,533.71 | $993,533.71 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 274,233.63 | 274,233.63 | 274,233.63 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 142,787.58 | 66,098.84 | 31,520.34 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 183,706.80 | 371,848.94 | 371,848.94 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 3,237,326.55 | 6,789,102.17 | 6,722,367.17 | 0.00 |
| **TOTAL DISBURSEMENTS** | $8,515,960.03 | $11,006,955.76 | $8,428,082.29 | $1,299,287.68 |

4) This case was originally filed under Chapter 11 on October 04, 2016 and it was converted to Chapter 7 on January 30, 2018.The case was pending for 41 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/30/2021      By: /s/ELIZABETH G. ANDRUS
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 3 excavators. | 1129-000 | 34,000.00 |
| 20 forklifts. | 1129-000 | 210,200.00 |
| 66 light plants. | 1129-000 | 105,000.00 |
| generator. | 1129-000 | 31,650.00 |
| 4 man lifts, 80'. | 1129-000 | 101,000.00 |
| flowback iron, 302 pieces. | 1129-000 | 316,382.68 |
| 14 campers. | 1129-000 | 79,500.00 |
| 9 utility trailers. | 1129-000 | 41,050.00 |
| 7 pickup trucks. | 1129-000 | 68,600.00 |
| 5 semi- tractor trucks. | 1129-000 | 106,000.00 |
| 3 test units with trailers. | 1129-000 | 23,350.00 |
| two axle trailer. | 1129-000 | 400.00 |
| 19 cool down trailers. | 1129-000 | 900.00 |
| 3 drop deck trailers. | 1129-000 | 43,000.00 |
| fuel trailer. | 1129-000 | 700.00 |
| 3 gen/water combo trailers. | 1129-000 | 11,500.00 |
| 5 gooseneck trailers. | 1129-000 | 39,600.00 |
| lowboy trailer. | 1129-000 | 3,800.00 |
| 5 safety shower trailers. | 1129-000 | 40,250.00 |
| 14 trash trailers. | 1129-000 | 34,500.00 |
| Tires and related parts/equipment | 1229-000 | 7,905.00 |
| **TOTAL GROSS RECEIPTS** | | $1,299,287.68 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES | | | $0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Dilley ISD | 4210-000 | N/A | 52,800.08 | 52,800.08 | 52,800.08 |
| 8 -2 | Strategic Funding Source | 4210-000 | N/A | 342,864.50 | 0.00 | 0.00 |
| 12 | Ascentium Capital LLC | 4210-000 | N/A | 147,852.94 | 8,572.50 | 8,572.50 |
| 14S | Case Energy Services, LLC | 4210-000 | N/A | 1,200,000.00 | 0.00 | 0.00 |
| 18 | Ditch Witch Financial Services | 4210-000 | N/A | 211,997.51 | 0.00 | 0.00 |
| 25S | Cross Keys Bank | 4210-000 | 2,594,926.68 | 150,000.00 | 6,561.00 | 6,561.00 |
| 35 | Frio County | 4210-000 | N/A | 36,121.95 | 0.00 | 0.00 |
| 36 | Texas Fueling Services, Inc. | 4210-000 | N/A | 28,923.00 | 0.00 | 0.00 |
| 39 -3 | Dilley ISD | 4210-000 | N/A | 5,804.94 | 5,054.98 | 5,054.98 |
| 10-3S | Home Federal Bank | 4210-000 | N/A | 626,309.26 | 294,235.89 | 294,235.89 |
| NOTFILED | Home Federal Bank | 4110-000 | 2,500,000.00 | N/A | N/A | 0.00 |
| | Davidson Summers, APLC | 4210-000 | N/A | 626,309.26 | 626,309.26 | 626,309.26 |
| TOTAL SECURED CLAIMS | | | $5,094,926.68 | $3,428,983.44 | $993,533.71 | $993,533.71 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ELIZABETH G. ANDRUS | 2100-000 | N/A | 62,228.63 | 62,228.63 | 62,228.63 |
| Trustee Expenses - ELIZABETH G. ANDRUS | 2200-000 | N/A | 589.49 | 589.49 | 589.49 |
| U.S. Trustee Quarterly Fees - United States Trustee (ADMINISTRATIVE) | 2950-000 | N/A | 1,300.00 | 1,300.00 | 1,300.00 |
| Auctioneer for Trustee Expenses - Lawler Auction Company | 3620-000 | N/A | 58,446.17 | 58,446.17 | 58,446.17 |
| Auctioneer for Trustee Fees (including buyers premiums) - Lawler Auction Company | 3610-000 | N/A | 147,435.75 | 147,435.75 | 147,435.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 782.31 | 782.31 | 782.31 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other – Rabobank, N.A. | 2600-000 | N/A | 754.03 | 754.03 | 754.03 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 140.10 | 140.10 | 140.10 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 300.53 | 300.53 | 300.53 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 81.67 | 81.67 | 81.67 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 96.18 | 96.18 | 96.18 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 87.36 | 87.36 | 87.36 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 79.91 | 79.91 | 79.91 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 88.20 | 88.20 | 88.20 |
| Other – Elizabeth G. Andrus, Trustee | 2300-000 | N/A | 25.55 | 25.55 | 25.55 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 74.76 | 74.76 | 74.76 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 77.35 | 77.35 | 77.35 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 85.28 | 85.28 | 85.28 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 82.54 | 82.54 | 82.54 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 74.49 | 74.49 | 74.49 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 87.73 | 87.73 | 87.73 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 79.68 | 79.68 | 79.68 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 76.96 | 76.96 | 76.96 |
| Other – Mechanics Bank | 2600-000 | N/A | 87.51 | 87.51 | 87.51 |
| Other – Mechanics Bank | 2600-000 | N/A | 74.18 | 74.18 | 74.18 |
| Other – Mechanics Bank | 2600-000 | N/A | 87.36 | 87.36 | 87.36 |
| Other – Mechanics Bank | 2600-000 | N/A | 81.78 | 81.78 | 81.78 |
| Other – Elizabeth G. Andrus, Trustee | 2300-000 | N/A | 53.18 | 53.18 | 53.18 |
| Other – Mechanics Bank | 2600-000 | N/A | 73.79 | 73.79 | 73.79 |
| Other – Mechanics Bank | 2600-000 | N/A | 76.99 | 76.99 | 76.99 |
| Other – Mechanics Bank | 2600-000 | N/A | 153.86 | 153.86 | 153.86 |
| Other – Mechanics Bank | 2600-000 | N/A | 148.49 | 148.49 | 148.49 |
| Other – Mechanics Bank | 2600-000 | N/A | 163.60 | 163.60 | 163.60 |
| Other – Mechanics Bank | 2600-000 | N/A | 158.22 | 158.22 | 158.22 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$274,233.63** | **$274,233.63** | **$274,233.63** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Thomas E. St. Germain | 6210-160 | N/A | 25,845.50 | 0.00 | 0.00 |
| Thomas E. St. Germain | 6210-160 | N/A | 27,772.50 | 17,763.50 | 8,470.82 |
| Thomas E. St. Germain | 6210-160 | N/A | 24,950.00 | 24,950.00 | 11,897.83 |
| Thomas E. St. Germain | 6210-160 | N/A | 6,645.00 | 6,645.00 | 3,168.78 |
| Thomas E. St. Germain | 6220-170 | N/A | 367.38 | 367.38 | 175.19 |
| Thomas E. St. Germain | 6220-170 | N/A | 56.88 | 56.88 | 27.12 |
| Thomas E. St. Germain | 6220-170 | N/A | 157.15 | 157.15 | 74.94 |
| James H. Colvin, Jr. | 6210-600 | N/A | 15,852.50 | 0.00 | 0.00 |
| James H. Colvin, Jr. | 6210-600 | N/A | 20,787.50 | 0.00 | 0.00 |
| James H. Colvin, Jr. | 6220-610 | N/A | 764.74 | 0.00 | 0.00 |
| James H. Colvin, Jr. | 6220-610 | N/A | 3,429.50 | 0.00 | 0.00 |
| Neil Carlisle | 6410-000 | N/A | 16,158.93 | 16,158.93 | 7,705.66 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$142,787.58** | **$66,098.84** | **$31,520.34** |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7P-2 | Louisiana Department Of Revenue | 5800-000 | N/A | 139,482.16 | 139,482.16 | 0.00 |
| 16P | Comptroller of Public Accounts | 5800-000 | N/A | 21,488.27 | 21,488.27 | 0.00 |
| 19 -5 | Louisiana Department Of Revenue | 5800-000 | N/A | 115,355.28 | 115,355.28 | 0.00 |
| 33 | Lincoln Parish Sales and Use Tax Commission | 5800-000 | N/A | 80,333.07 | 80,333.07 | 0.00 |
| 38 -2 | Comptroller of Public Accounts | 5800-000 | N/A | 15,190.16 | 15,190.16 | 0.00 |
| NOTFILED | Lincoln Parish Sales Tax | 5200-000 | 98.25 | N/A | N/A | 0.00 |
| NOTFILED | Texas Comptroller | 5200-000 | 34,795.16 | N/A | N/A | 0.00 |
| NOTFILED | DeSoto Parish Sales Tax | 5200-000 | 712.35 | N/A | N/A | 0.00 |
| NOTFILED | Louisiana Dept, of Revenue | 5200-000 | 141,354.04 | N/A | N/A | 0.00 |
| NOTFILED | Louisiana Dept, of Revenue | 5200-000 | 6,747.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$183,706.80** | **$371,848.94** | **$371,848.94** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Fleetcor Technologies | 7100-000 | N/A | 21,707.61 | 21,707.61 | 0.00 |
| 3 | Kennedy Wire Rope Sling Company | 7100-000 | 53,599.62 | 25,783.36 | 25,783.36 | 0.00 |
| 4 | Stuart's Inc. | 7100-000 | 0.00 | 3,218.68 | 3,218.68 | 0.00 |
| 5 | Generac Mobile Products | 7100-000 | 505.48 | 505.48 | 505.48 | 0.00 |
| 6 | Stearns Bank | 7100-000 | 7,584.43 | 7,584.43 | 7,584.43 | 0.00 |
| 7U-2 | Louisiana Department Of Revenue | 7100-000 | N/A | 43,995.89 | 43,995.89 | 0.00 |
| 9 | DISA Global Solutions | 7100-000 | 315.00 | 315.00 | 315.00 | 0.00 |
| 11 | PPT, Inc. | 7100-000 | 742.31 | 1,456.00 | 1,456.00 | 0.00 |
| 13 | Travelers Indemnity (Invol) Company | 7100-000 | 49.29 | 1.00 | 1.00 | 0.00 |
| 14U | Case Energy Services, LLC | 7100-000 | N/A | 358,197.29 | 358,197.29 | 0.00 |
| 15 | JPS Equipment Rental, L.L.C. | 7100-000 | 47,699.70 | 47,699.70 | 47,699.70 | 0.00 |
| 16U | Comptroller of Public Accounts | 7100-000 | N/A | 2,190.00 | 2,190.00 | 0.00 |
| 17 | Littler Mendelson P.C. | 7100-000 | 42,909.28 | 5,000.00 | 5,000.00 | 0.00 |
| 20 -2 | Blue Bridge Financial | 7100-000 | 98,000.00 | 142,185.22 | 142,185.22 | 0.00 |
| 21 | Republic Services #975 | 7100-000 | N/A | 2,762.31 | 2,762.31 | 0.00 |
| 22 | Angel Safety Supply, LLC | 7100-000 | 14,580.13 | 14,580.13 | 14,580.13 | 0.00 |
| 23 | ACTON MOBILE | 7100-000 | 16,331.84 | 22,494.80 | 22,494.80 | 0.00 |
| 24 | Carefree Janitorial Supply Inc | 7100-000 | 303.41 | 303.41 | 303.41 | 0.00 |
| 25U | Cross Keys Bank | 7100-000 | N/A | 2,729,499.93 | 2,729,499.93 | 0.00 |
| 26 | Oilfield Industrial Supply of Louisiana, Inc. | 7100-000 | N/A | 532,277.53 | 532,277.53 | 0.00 |
| 27 | IWS Gas & Supply | 7100-000 | N/A | 660.95 | 660.95 | 0.00 |
| 28 | Pitney Bowes Inc | 7100-000 | 742.39 | 1,013.24 | 1,013.24 | 0.00 |
| 29 | AYRES, SHELTON, WILLIAMS, BENSON & PAINE, LLC | 7100-000 | 20,217.95 | 20,528.31 | 20,528.31 | 0.00 |
| 30 | Allegiance LLC | 7100-000 | 3,690.13 | 3,690.13 | 3,690.13 | 0.00 |
| 31 | Buddys Septic & Water Well Service | 7100-000 | 66,735.00 | 66,735.00 | 66,735.00 | 0.00 |
| 32 | Select Energy Services, LLC | 7100-000 | 289,000.00 | 341,849.35 | 341,849.35 | 0.00 |
| 34 | David Boone Oilfield Consulting, Inc. | 7100-000 | N/A | 60,600.00 | 60,600.00 | 0.00 |
| 37 | GEM Services, LLP | 7100-000 | 5,270.00 | 15,122.50 | 15,122.50 | 0.00 |
| 41 | PO Box 1855 | 7100-000 | N/A | 66,735.00 | 0.00 | 0.00 |
| 42 | H&E EQUIPMENT SERVICES, INC. | 7100-000 | 22,983.60 | 32,426.66 | 32,426.66 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 43 | AJ Price Minden | 7100-000 | 13,858.54 | 14,063.49 | 14,063.49 | 0.00 |
| 44 | AJ Price Benton | 7100-000 | 4,925.33 | 4,999.21 | 4,999.21 | 0.00 |
| 45 | Abbot Promotion Products | 7100-000 | 1,993.90 | 1,993.90 | 1,993.90 | 0.00 |
| 46 | Allegiance, LLC | 7100-000 | N/A | 3,690.13 | 3,690.13 | 0.00 |
| 47 | Weinstein & St. Germain, LLC | 7100-000 | N/A | 49,939.91 | 49,939.91 | 0.00 |
| 48 | MehaffyWeber, PC | 7100-000 | 2,209.28 | 2,209.28 | 2,209.28 | 0.00 |
| 49 | Wellhead Distributors Intl | 7200-000 | N/A | 5,830.92 | 5,830.92 | 0.00 |
| 10-3U | Home Federal Bank | 7100-000 | N/A | 2,135,256.42 | 2,135,256.42 | 0.00 |
| NOTFILED | North Texas Tollway Authority | 7100-000 | 230.83 | N/A | N/A | 0.00 |
| NOTFILED | Oil Field Services c/o Pamela N. Breedlove | 7100-000 | 75,388.21 | N/A | N/A | 0.00 |
| NOTFILED | Paul Lashley Supply | 7100-000 | 1,314.79 | N/A | N/A | 0.00 |
| NOTFILED | On-Site Secure Shredding LLC | 7100-000 | 360.00 | N/A | N/A | 0.00 |
| NOTFILED | Gulf-Pro Services | 7100-000 | 78,878.06 | N/A | N/A | 0.00 |
| NOTFILED | Gas & Supply of Texas, LTD | 7100-000 | 643.60 | N/A | N/A | 0.00 |
| NOTFILED | Frio County Appraiser District | 7100-000 | 33,535.91 | N/A | N/A | 0.00 |
| NOTFILED | Goldberg Asset Monitoring, LLC | 7100-000 | 41,227.05 | N/A | N/A | 0.00 |
| NOTFILED | GSS Construction & | 7100-000 | 8,482.07 | N/A | N/A | 0.00 |
| NOTFILED | Green Arc Supply, LLC | 7100-000 | 341.98 | N/A | N/A | 0.00 |
| NOTFILED | Hercules AG & Outdoor | 7100-000 | 18,192.55 | N/A | N/A | 0.00 |
| NOTFILED | Neff Rental | 7100-000 | 12,727.27 | N/A | N/A | 0.00 |
| NOTFILED | PC-Net Consulting, LLC | 7100-000 | 1,955.00 | N/A | N/A | 0.00 |
| NOTFILED | Integrity Voice | 7100-000 | 1,447.52 | N/A | N/A | 0.00 |
| NOTFILED | Meltra CS Inc | 7100-000 | 2,503.40 | N/A | N/A | 0.00 |
| NOTFILED | Michael R. Carr, Jr. | 7100-000 | 650,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Merchant Services | 7100-000 | 20.00 | N/A | N/A | 0.00 |
| NOTFILED | McCarthy, Burgess & Wolff Inc. | 7100-000 | 2,848.56 | N/A | N/A | 0.00 |
| NOTFILED | Lathem Time | 7100-000 | 98.25 | N/A | N/A | 0.00 |
| NOTFILED | M2 Lease Funds | 7100-000 | 90,116.00 | N/A | N/A | 0.00 |
| NOTFILED | Mayco Rentals | 7100-000 | 49,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Madole Equipment Rental | 7100-000 | 1,504.18 | N/A | N/A | 0.00 |
| NOTFILED | Minden Fire & Safety | 7100-000 | 1,516.58 | N/A | N/A | 0.00 |
| NOTFILED | Moonlight Energy Services | 7100-000 | 5,885.00 | N/A | N/A | 0.00 |
| NOTFILED | MK Hauling LLC | 7100-000 | 1,516.58 | N/A | N/A | 0.00 |
| NOTFILED | Motor Parts Service of Minden | 7100-000 | 254.56 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Murray's Auto Group | 7100-000 | 24,391.52 | N/A | N/A | 0.00 |
| NOTFILED | Hydraulic Exchange LLC | 7100-000 | 1,749.94 | N/A | N/A | 0.00 |
| NOTFILED | Lone Star Lawn Care | 7100-000 | 1,855.00 | N/A | N/A | 0.00 |
| NOTFILED | J Bowen Creative Services | 7100-000 | 925.00 | N/A | N/A | 0.00 |
| NOTFILED | Kloeckner Metals | 7100-000 | 634.43 | N/A | N/A | 0.00 |
| NOTFILED | JLG Industries, Inc. | 7100-000 | 7,051.55 | N/A | N/A | 0.00 |
| NOTFILED | Moore's Retread & Tire | 7100-000 | 652.60 | N/A | N/A | 0.00 |
| NOTFILED | Hunter, Carlisle & Assoc. | 7100-000 | 4,439.25 | N/A | N/A | 0.00 |
| NOTFILED | Royal Bank America | 7100-000 | 128,655.11 | N/A | N/A | 0.00 |
| NOTFILED | Tri-State Fasteners & Supply | 7100-000 | 1,282.87 | N/A | N/A | 0.00 |
| NOTFILED | Trico Equipment Rental | 7100-000 | 43,968.00 | N/A | N/A | 0.00 |
| NOTFILED | Tri-State Battery | 7100-000 | 2,849.71 | N/A | N/A | 0.00 |
| NOTFILED | Transafe LLC | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Treadaways Auto Supply | 7100-000 | 2,790.66 | N/A | N/A | 0.00 |
| NOTFILED | Tightline Productions | 7100-000 | 10,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Trans Commercia Capital | 7100-000 | 58,066.48 | N/A | N/A | 0.00 |
| NOTFILED | TruckPro, LLC | 7100-000 | 3,807.81 | N/A | N/A | 0.00 |
| NOTFILED | Vector Security Inc | 7100-000 | 1,408.52 | N/A | N/A | 0.00 |
| NOTFILED | Tumey LLP | 7100-000 | 335.00 | N/A | N/A | 0.00 |
| NOTFILED | WEX Fleet Universal | 7100-000 | 341.00 | N/A | N/A | 0.00 |
| NOTFILED | Wilson Starter, Generator | 7100-000 | 470.85 | N/A | N/A | 0.00 |
| NOTFILED | Wet Tech Safety & Rental, LLC | 7100-000 | 635.00 | N/A | N/A | 0.00 |
| NOTFILED | VTX Telecom LLC | 7100-000 | 245.24 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank, N.A. | 7100-000 | 22,824.99 | N/A | N/A | 0.00 |
| NOTFILED | Viasat Communication | 7100-000 | 2,848.00 | N/A | N/A | 0.00 |
| NOTFILED | Vintage Realty Company, LLC | 7100-000 | 1,775.20 | N/A | N/A | 0.00 |
| NOTFILED | The Company Clinic of LA | 7100-000 | 25.00 | N/A | N/A | 0.00 |
| NOTFILED | Texas Fueling Services, Inc. | 7100-000 | 22,000.00 | N/A | N/A | 0.00 |
| NOTFILED | FMC Technologies | 7100-000 | 88,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Share Vault | 7100-000 | 189.00 | N/A | N/A | 0.00 |
| NOTFILED | River Cities Machine, LLC c/o Lucien Marionneaux | 7100-000 | 13,139.95 | N/A | N/A | 0.00 |
| NOTFILED | R & R Sales & Services Inc. | 7100-000 | 6,570.27 | N/A | N/A | 0.00 |
| NOTFILED | Rancho Pacific | 7100-000 | 5,670.36 | N/A | N/A | 0.00 |
| NOTFILED | Pressure Washing Equipment | 7100-000 | 22,221.50 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Pro Pump Resources | 7100-000 | 4,500.00 | N/A | N/A | 0.00 |
|----------|--------------------|----------|----------|-----|-----|------|
| NOTFILED | Smith Oil Company | 7100-000 | 33,876.33 | N/A | N/A | 0.00 |
| NOTFILED | Southern Welding Supply, LLC | 7100-000 | 23.25 | N/A | N/A | 0.00 |
| NOTFILED | Southern Comfort Portable Toilet | 7100-000 | 27,930.00 | N/A | N/A | 0.00 |
| NOTFILED | Swepco | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Terminix | 7100-000 | 93.00 | N/A | N/A | 0.00 |
| NOTFILED | Suddenlink | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | StarTex Power | 7100-000 | 995.47 | N/A | N/A | 0.00 |
| NOTFILED | Strategic Funding Source, Inc. | 7100-000 | 200,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Sparks Alternator & Starter | 7100-000 | 2,483.29 | N/A | N/A | 0.00 |
| NOTFILED | Staples Advantage | 7100-000 | 3,211.87 | N/A | N/A | 0.00 |
| NOTFILED | Precision Torque Systems | 7100-000 | 733.05 | N/A | N/A | 0.00 |
| NOTFILED | Cannon's Lawn & Landscape | 7100-000 | 3,065.00 | N/A | N/A | 0.00 |
| NOTFILED | Ferris Officesmart, LLC | 7100-000 | 18.07 | N/A | N/A | 0.00 |
| NOTFILED | Fedex | 7100-000 | 379.82 | N/A | N/A | 0.00 |
| NOTFILED | Confidential Document Destruc Sv | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Cornerstone Risk Management | 7100-000 | 1,750.00 | N/A | N/A | 0.00 |
| NOTFILED | College Station Utilities | 7100-000 | 117.03 | N/A | N/A | 0.00 |
| NOTFILED | ChemWorks | 7100-000 | 2,153.46 | N/A | N/A | 0.00 |
| NOTFILED | Chevron & Texaco Univeral Card | 7100-000 | 26,871.76 | N/A | N/A | 0.00 |
| NOTFILED | Case Energy Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Central Oil & Supply | 7100-000 | 162.13 | N/A | N/A | 0.00 |
| NOTFILED | Crenshaw Enterprises, LTD | 7100-000 | 42,769.63 | N/A | N/A | 0.00 |
| NOTFILED | Crescent Services | 7100-000 | 19,558.06 | N/A | N/A | 0.00 |
| NOTFILED | Energes, LLC | 7100-000 | 3,457.13 | N/A | N/A | 0.00 |
| NOTFILED | Enterprise FM Trust Enterprise F | 7100-000 | 85,084.66 | N/A | N/A | 0.00 |
| NOTFILED | Efficient Fleet | 7100-000 | 34,795.16 | N/A | N/A | 0.00 |
| NOTFILED | DMR Mechanical LLC | 7100-000 | 2,799.63 | N/A | N/A | 0.00 |
| NOTFILED | East 80 Mini-Storage | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Dilley Transfer | 7100-000 | 2,830.00 | N/A | N/A | 0.00 |
| NOTFILED | Direct TV | 7100-000 | 315.00 | N/A | N/A | 0.00 |
| NOTFILED | Carter Federal Credit Union | 7100-000 | 4,310.22 | N/A | N/A | 0.00 |
| NOTFILED | Cardmember Services | 7100-000 | 5,087.09 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 5,177.84 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Balboa Capital Corporation | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Ascentium Capital LLC | 7100-000 | 98,797.81 | N/A | N/A | 0.00 |
| NOTFILED | Ameriflow | 7100-000 | 36,940.31 | N/A | N/A | 0.00 |
| NOTFILED | Arch Capital Funding, LLC | 7100-000 | 41,132.00 | N/A | N/A | 0.00 |
| NOTFILED | ADP Screening & Selection Svcs. | 7100-000 | 450.59 | N/A | N/A | 0.00 |
| NOTFILED | Allmand Bros., Inc. | 7100-000 | 2,126.12 | N/A | N/A | 0.00 |
| NOTFILED | BCC Funding X LLC | 7100-000 | 365.46 | N/A | N/A | 0.00 |
| NOTFILED | Benji Dumas | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bud's Liquor | 7100-000 | 988.83 | N/A | N/A | 0.00 |
| NOTFILED | Brett Basco | 7100-000 | 11,347.09 | N/A | N/A | 0.00 |
| NOTFILED | Bossier City Utilities Dept. | 7100-000 | 115.87 | N/A | N/A | 0.00 |
| NOTFILED | Bourque Sales c/o Robert Hammack | 7100-000 | 201,033.40 | N/A | N/A | 0.00 |
| NOTFILED | BlueLine Rental LLC | 7100-000 | 43,968.10 | N/A | N/A | 0.00 |
| NOTFILED | BMS | 7100-000 | 1,358.65 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $3,237,326.55 | $6,789,102.17 | $6,722,367.17 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-51380
**Case Name:** PADCO ENERGY SERVICES, LLC

**Period Ending:** 06/30/21

**Trustee:** (380170) ELIZABETH G. ANDRUS
**Filed (f) or Converted (c):** 01/30/18 (c)
**§341(a) Meeting Date:** 03/22/18
**Claims Bar Date:** 06/25/18

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | A/R Over 90 days old. Face amount = $2,026,762.6 | 1,926,762.65 | 1,926,762.65 | | 0.00 | FA |
| 2 | A/R Over 90 days old. Face amount = $1,207,900.1 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | A/R Over 90 days old. Face amount = $147,681.12. | 147,681.12 | 147,681.12 | | 0.00 | FA |
| 4 | Office Furniture. | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 5 | Computers, office equipment. | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 6 | 3 excavators. | 31,260.00 | 31,260.00 | | 34,000.00 | FA |
| 7 | 20 forklifts. | 117,900.00 | 117,900.00 | | 210,200.00 | FA |
| 8 | 66 light plants. | 78,154.00 | 78,154.00 | | 105,000.00 | FA |
| 9 | 1100 anchors. | 21,528.70 | 0.00 | | 0.00 | FA |
| 10 | bucket. | 206.25 | 0.00 | | 0.00 | FA |
| 11 | 11 forklift beams with swivel hooks. | 1,867.67 | 0.00 | | 0.00 | FA |
| 12 | 7 fuel sensors. | 37,875.00 | 0.00 | | 0.00 | FA |
| 13 | generator. | 6,888.00 | 6,888.00 | | 31,650.00 | FA |
| 14 | GPS asset tracker. | 6,210.84 | 0.00 | | 0.00 | FA |
| 15 | 4 man lifts, 80'. | 40,425.00 | 40,425.00 | | 101,000.00 | FA |
| 16 | 399 restraint slings. | 6,293.51 | 0.00 | | 0.00 | FA |
| 17 | 32 shackles. | 211.20 | 0.00 | | 0.00 | FA |
| 18 | tools. | 396.01 | 0.00 | | 0.00 | FA |
| 19 | 5 torque drive pin / spring kits. | 145.50 | 0.00 | | 0.00 | FA |
| 20 | torque equipment. | 14,535.15 | 0.00 | | 0.00 | FA |
| 21 | 14 torque heads. | 3,526.35 | 0.00 | | 0.00 | FA |
| 22 | 4 torque high pressure hoses. | 510.30 | 0.00 | | 0.00 | FA |
| 23 | 3 torque positive high gears. | 371.25 | 0.00 | | 0.00 | FA |
| 24 | 5 torque tool handles. | 112.50 | 0.00 | | 0.00 | FA |
| 25 | 7 torque tool wrenches. | 2,500.00 | 0.00 | | 0.00 | FA |
| 26 | 3 torque wrench pumps. | 2,793.50 | 0.00 | | 0.00 | FA |
| 27 | flowback iron, 302 pieces. | 403,290.53 | 0.00 | | 316,382.68 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-51380  
**Case Name:** PADCO ENERGY SERVICES, LLC  

**Trustee:** (380170)   ELIZABETH G. ANDRUS  
**Filed (f) or Converted (c):** 01/30/18 (c)  
**§341(a) Meeting Date:** 03/22/18  
**Claims Bar Date:** 06/25/18  

**Period Ending:** 06/30/21  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | 14 campers. | 90,028.68 | 90,028.68 | | 79,500.00 | FA |
| 29 | 9 utility trailers. | 3,732.93 | 3,732.93 | | 41,050.00 | FA |
| 30 | 2 mobile homes. | 12,000.00 | 0.00 | | 0.00 | FA |
| 31 | 7 pickup trucks. | 44,457.87 | 44,457.87 | | 68,600.00 | FA |
| 32 | 5 semi- tractor trucks. | 38,378.32 | 38,378.32 | | 106,000.00 | FA |
| 33 | 3 test units with trailers. | 41,961.15 | 41,961.15 | | 23,350.00 | FA |
| 34 | two axle trailer. | 450.00 | 450.00 | | 400.00 | FA |
| 35 | 2 anchor trailers. | 750.00 | 0.00 | | 0.00 | FA |
| 36 | 19 cool down trailers. | 22,000.00 | 22,000.00 | | 900.00 | FA |
| 37 | 3 drop deck trailers. | 16,950.00 | 16,950.00 | | 43,000.00 | FA |
| 38 | dump trailer. | 3,150.00 | 0.00 | | 0.00 | FA |
| 39 | flatbed trailer. | 870.00 | 0.00 | | 0.00 | FA |
| 40 | fuel trailer. | 1,125.00 | 1,125.00 | | 700.00 | FA |
| 41 | 3 gen/water combo trailers. | 1,395.00 | 1,395.00 | | 11,500.00 | FA |
| 42 | 5 gooseneck trailers. | 9,922.50 | 9,922.50 | | 39,600.00 | FA |
| 43 | lowboy trailer. | 6,667.20 | 6,667.20 | | 3,800.00 | FA |
| 44 | 5 safety shower trailers. | 5,000.00 | 5,000.00 | | 40,250.00 | FA |
| 45 | 14 trash trailers. | 6,366.00 | 6,366.00 | | 34,500.00 | FA |
| 46 | water trailer. | 337.50 | 0.00 | | 0.00 | FA |
| 47 | 4 mobile homes. | 28,425.00 | 0.00 | | 0.00 | FA |
| 48 | checking Account at Chase | 18,529.74 | 0.00 | | 0.00 | FA |
| 49 | Claim against Case Energy and owners, Jason Farn<br>  07/10/20 OR granting MN<br>05/11/20 TTE filed MN to Close w/o Abandonment;<br>may get cost of defense settlement<br>06/30/19 Litigation pending | Unknown | 7,000.00 | | 0.00 | FA |
| 50 | Tires and related  parts/equipment  (u) | 0.00 | 7,905.00 | | 7,905.00 | FA |
| 51 | Claim against Range Resources  (u)<br>  01/22/21 Trustee executed settlement document | 0.00 | 80,000.00 | | 0.00 | 25,000.00 |

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 16-51380 | **Trustee:** (380170) ELIZABETH G. ANDRUS |
| **Case Name:** PADCO ENERGY SERVICES, LLC | **Filed (f) or Converted (c):** 01/30/18 (c) |
| | **§341(a) Meeting Date:** 03/22/18 |
| **Period Ending:** 06/30/21 | **Claims Bar Date:** 06/25/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** <br> **(Scheduled And Unscheduled (u) Property)** <br><br> **Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** <br> **(Value Determined By Trustee,** <br> **Less Liens, Exemptions,** <br> **and Other Costs)** | **Property Abandoned** <br> **OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| provided by J. Colvin <br> 07/10/20 OR granting MN <br> 05/11/20 TTE filed MN to Close w/o Abandonment; <br> possible settlement, protracted litigation <br> 06/30/19 Litigation pending | | | | | |
| 52    2012 Oak Creek Mobile Home (u) | 0.00 | 0.00 | OA | 0.00 | FA |
| **52**   **Assets**   **Totals** (Excluding unknown values) | **$3,206,941.92** | **$2,735,410.42** | | **$1,299,287.68** | **$25,000.00** |

**Major Activities Affecting Case Closing:**

06/23/20 Motion to Extend time to prosecute AP v. Range Resources (reserved asset); TTE awaiting confirmation of unpaid prior chapter admin/prof expenses; possible settlement value of Case Energy adversary proceeding, TTE prevailed on MSJ, but question of solvency of defendant - status conference with judge next month.

----------------------------------------

05/20/19 Litigation pending in collections cases. Motion for Partial Summary Jmt in Case Energy collection matter set for hearing 7/23/19

----------------------------------------

06/30/18 Waiting for bar date to pass, review of claims for TFR; Compromise with Padco Pressure Control case pending

06/23/20 Motion to Extend time to prosecute AP v. Range Resources

06/11/20 Disposition of Adversary in 17-5062 (v. Select Energy Services, LLC )

05/11/20 TCW Jim Colvin - met with Junior Cantu and Grant Summers a couple of months ago. All liens were dissolved, but now that claims are separated into two camps, Cantu not willing to fund the litigation ongoing 100% just to get a percentage. Proposed 72% for Padco Energy, and 28% for Padco Pressure. Asset description: damages of improvident filing of liens (cancelled) and catastrophic business impact on debtor. Need to hire a forensic economist. Did a budget projection for Grant adn will email to me. Were having settlement discussions with Range (v. Russell Woodard, Esq) settlement will be between 80-100k.

03/06/20 Claims imported for review (update)

02/17/20 TCW Padco Pressure (C11) to advise Home Federal wants out of the litigation v. Case Energy -- potential low seven figures if litigation succeeds. Need attorney to work on contingency, expenses paid from C11 case.02/14/20 TCW Grant Summers (318) 424-4342 - Case Energy litigation - tort, description of property, liens now cancelled, Colvin now going after liability. Bank doesn't think it is going to collect anything much more on accounts, etc., and doesn't want to continue to finance the litigation, unless Colvin will take it on contingency. Luster has some money to give Colvin for costs, but Colvin might be willing to continue on a pure contingency basis for the estate, and Luster could finance the costs. Bank would step back, once it recovers what it has paid to the attorneys. Some talk about Padco Pressure putting up some of it, but Bank not interested in pushing that. Colvin needs to come up with a deal he can do with this case and Padco Pressure. Potential recovery of ?? -- prelim damages analysis by Ben Miller S'port CPA of lost profits or business opportunity occasioned by the wrongful liens, "low seven figures" but collectibility against Case Energy. May also be some personal liability on the part of the principals "reckless, malice." Junior Cantu (Bank) would be willing to stay in as a nominal party, if that helps. TTE did first app to employ Colvin, will amend to make contingency.

02/13/20 Attorney Colvin forwarded the lien cancellations for 11 of the 12 Lincoln Parish wells

11/01/19 RTCW Ryan Allen (318) 207-2591 cell or (318) 861-3098 ofc of FBI in Shreveport, requesting monthly operating reports; TCW Gail McCulloch, principal hid assets collateral of Cross Keys Bank (Padco Pressure Control), painted over Ser #s, moved assets to Bossier (?) yard.

07/23/19 Hrg on MSJ - continued

Exhibit 8

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 16-51380 | **Trustee:** (380170) ELIZABETH G. ANDRUS |
| **Case Name:** PADCO ENERGY SERVICES, LLC | **Filed (f) or Converted (c):** 01/30/18 (c) |
| | **§341(a) Meeting Date:** 03/22/18 |
| **Period Ending:** 06/30/21 | **Claims Bar Date:** 06/25/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

07/10/19 Order Granting (Re: [334] Motion to Sell Free and Clear of Liens under 11 USC Sec 363(f) - AUCTION

----------------------------

05/13/19 Litigation pending on collections cases

02/19/19 James Colvin, atty, will represent estate to pursue collections under order to employ (Dkt #320)

09/07/18 TCW Jim Colvin (318) Judgment was rendered against principal Michael Carr and PPC on a contempt motion for sanctions. St. Germain representing. Motion as to PPC was removed, so Carr had to represent himself (St. Germain had to leave). Sanctions over $1MM and turnover of remaining assets in his possession. Carr did not testify. Carr called Colvin to represent him in a motion to reconsider/new trial. Select Energy matter set for trial on 12/3 or 4. Appeal due by Tuesday of next week.

08/15/18 OR approving compromise

----------------------------

06/21/18 TCW J. Luster re continuance dates; TCW Grant Summers - he will file opposition and is good on those dates (7/9, 7/10, 7/11); filed Notice of Apperance in PPC

06/20/18 TW Grant Summers - will draft objection to sale; TTE unable to establish ownership (which is in dispute) without access to the assets; probably 300k owed by Bryce.

06/07/18 TTE recd funds from Lawler Auction (25.50)

05/01/18 Add Lots #161-172 to a new order;

4/24/18 OR granting motion to sell (consent order)

04/12/18 TTE filed app to employ Colvin and uploaded order

03/28/18 TCF Mike Carr, Sr. (318) 294-0504 in Minden, has some storage costs ("not much, not trying to hold you up or nuthin'," has been talking to Tom St. Germain, since conversion date, please call.

03/26/18 Eml db atty with questions for the debtor

03/21/18 TCT/W Grant Summers - questions to ask at 341:
 - Assets located in Dilley TX, Minden, and in the hands of third parties
 - Original titles, certificates
 - Location of business records?
 - A/R - what's unbilled to Kary Bryce or( or underbilled), WIP, or not invoiced
 - Who is the bookkeeper or CPA
 - "The Bourque Inventory" invoiced to Padco Energy (on Dempsey's list, part of flowback equipment?). Theoretically, debtor has an interest.

03/20/18 TCF Jim Colvin (318) 393-0029 - sent email, was bounced, "undeliverable."

03/14/18 Eml BMS to get claims downloaded into QD; TCW Danny - Bryce gave bid of $34k to transport assets

03/14/18 TCW Danny - Bryce is playing games. played dumb about the campers over there, and yet two of them are offsite, with his people living in them, people living in them on his yard, generators belonging to the estate are still running. Claimed he had no idea who was in there. "Fine with me" to turn them off, but they didn't. There's a directional boring rig, being used to lay an electrical line for Bryce, which Bryce "doesn't think" it belongs to Padco, and an excavator being used to dig footings for his building. Using our generators to build a shop, one guy was up in a manlift (ours). Will cost a lot to move the equipment, but he can see the assets won't be protected, still using them, still driving the trucks. Michael Carr is at Disneyland, which made Bryce mad, because Carr was supposed to on a project

03/07/18 TCW Danny - talked to Kary Bryce, he will fly Danny out to West Texas to inventory the assets. He is in the trucking business and can give us a bid on hauling it back to Shreveport. Danny also talked to Eric Johnson, atty (for Bryce), who is a friend of Danny's, and attorney confirmed Bryce is honest. Claims that Carr is the questionable one. Auction first Saturday in May at 10:00, preview on Friday before from 1:00 p.m. - 5:00 p.m.

16-51380 - #382  File 07/21/21  Enter 07/21/21 14:16:43  Pg 15 of 21

Exhibit 8

Page: 5

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** 16-51380 | | | **Trustee:** (380170) ELIZABETH G. ANDRUS | | |
| **Case Name:** PADCO ENERGY SERVICES, LLC | | | **Filed (f) or Converted (c):** 01/30/18 (c) | | |
| | | | **§341(a) Meeting Date:** 03/22/18 | | |
| **Period Ending:** 06/30/21 | | | **Claims Bar Date:** 06/25/18 | | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) <br><br> **Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

03/05/18 TCW Seth Moyers w/Chip Naus, rep Community Bank with lien on one mobile home. MFR on collateral was denied. Bar Roll #32607. smoyers@wwmlaw.com - Unit is on the yard in Minden and was used as company office. Still owed by Padco Oilfield Services, LLC (formed in 2011) and that's what the title, note, and security agreement show. When Carr filed the C11, he listed four mobile homes on the schedules. The other three units are located in TX and were sold in a UCC sale, no evidence it was estate property. Advised him to prepare Ntc of Abandonment for TTE to sign, and he will need to notice it out. Hodge has forms.

03/01/18 Eml from G. Summers re sale of equipment at auction. TCW D. Lawler

02/19/18 Eml BMS for docket items and re Scrape Scheduled Assets request submitted from Asset screen.

02/14/18 TCW G. Summers. FIRST: A/R - Bank has lien on first $100k on post-petition A/R, then professional fees. Proposal: Bank will pay to collect their own pre-petition receivables, and will hire and pay his hourly rates to collect the post-petition receivables., then 50/50. Lawyer wants to work for the bank, Jim Colvin, spooked about bankruptcy. Had a blended contingency fee/hourly fee. don't know how much post-petition A/R, there is about $150k in A/R from CSG Completion Services Group, owned by Kary Bryce, had a deal with Carr, Bryce is now cooperating with everyone, delivering equipment Carr gave him to hold, may want to buy some of it. Everybody is "holding off on him." Luster told Grant there was about $400k in invoices that Carr had not issued for post-petition work (work in progress). Not sure numbers are reliable, may have done some work on low-ball basis, for concessions with Bryce, some A/R may have been billed in his own name. Mostly him and his wife and one employee. (Colvin could depose the employee). Chip Naus can tell more about Carr, spent a lot of time and money chasing assets of Carr. He knows the names of some of the people. Grant will go through the ccounting and adversaries and figure out what the uncontested A/R is, without the "crazy CSG stuff." Another company Amaresco, six figures owed. Could be some conflict over pre-petition A/R, but Cross Keys has stayed out of Energy's A/R. Will have to settle with Cross Keys and Luster on post-petition A/R. If Carr is leasing out Pressure's goods. Hasn't actually collected anything. St. Germain got one collection in the C11 and some admin expenses have been paid from that. No AP's on post-petition adversaries. Prepetition is 1.6MM. St. Germain may have a retainer. Bryce was using equipment on a lease agreement in exchange for payments just sufficient to cover adequate protection payments.

SECOND, there is the "flowback equipment," primarily oriented toward the Pressure company, hooking up valves and pipes to handle water flowing back where it is stored in tanks, looks like junk, and people pay out the wazoo for it. Luster, Naus and UCC lawyer (McCune, NOLA) have entered a deal, Luster has employed Dempsey to lease out the flowback equipment, giving Dempsey 50% of the reveneu, rest split between them. Thereis some overlap between the two estates. Certain assets were acquired free and clear by PadcoEnergy, free and clear of Cross Key Bank secured claim, plus some stuff not liened by Pressure. There is a prioritin ranking dispiute, Cross Keys claims it is a purchase money security interest, Grant filed motion saying they d id not file something to gain priority over Home Federal's blanket lien. Grant met with Chip, and banks met, and they are working out a deal on the Energy equipment/claim, will put it into the Dempsey deal, lease it out, and will cut Home Federal in. Grant told Chip he should run it by Energy TTE, although there's no equity in it, but TTE may have an oportunity for a carve-out (15% for UCC). Pressure unsecured debt is fairly small. Gross: 50% to Dempsey, of the other 50%: 15% to UCC, 85% to the banks (60/40) 25.5% to Cross Keys, 17% to Home Federal. Dempsey says can get $800K/mo. Invoice amounts on equipment: Jason Farnell was partner in Pressure. Farnell accused Karr of putting assets into Energy that should have been in Pressure, and Karr says "vice versa" competing invoices, name on invoice changed by vendor at Karr's request (all pre-petition). Bank just wants to settle rather than get into all that. Assets specifically listed on Cross Key's UCC-1's are probably Home Federals best argument on priority ranking because of perfection issue. The $800K/mo includes Pressure equipment and gray area assets. All just the "flowback" stuff.

THIRD, there is inventory and equipment, solely liened to Home Federal Bank, blanket security interest, bank has identified location of assets, Bryce has been accounting for it (on lease from Carr) and is interested in buying, also Daylighter Rentals (Robert Dempsey--oilfield services guy picking up, handling assets, hired by the Padco Pressure case--referred Daylighter). Trucks, rolling stock, lighting rigs, trailers, forklifts, manlifts, etc. Located in 2 yards in Webster Parish (Carr's family members, and Webster Parish sheriff is useless), one in Odessa, TX, one in Andrews, TX. Bryce will provide a list. They want to get possession, and Bryce has

Exhibit 8

Page: 6

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 16-51380 | Trustee: (380170) ELIZABETH G. ANDRUS |
| Case Name: PADCO ENERGY SERVICES, LLC | Filed (f) or Converted (c): 01/30/18 (c) |
| | §341(a) Meeting Date: 03/22/18 |
| Period Ending: 06/30/21 | Claims Bar Date: 06/25/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

agreed to store until sold, whoever buys it. Going into bankruptcy equipment valuation was more than 1MMM, probably actually $100k.

TCT Jim Colvin (318) 429-6770, tried conf call wlith Grant, failed, left calll, tried Home office (318) 523-1802. He's not in. jcolvin@colvinfirm.com. TCF Jim Colvin, calling back from cell (318) 393-0029

02/20/18 eml from Lacey Rochester, atty for Ascentium Capital re secured claim and MFR on 1440 Sand Separator with Pop-Off Valve (58k) and 18 2" 15K Hydraulic Gate Valves (88.2k).

2/8/18 TCF Grant Summers (318) 429-6300

01/31/18 TCF Grant Summers (318) 429-6300

01/30/18 TCF Tom St. Germain

| | | |
|---|---|---|
| Initial Projected Date Of Final Report (TFR): February 20, 2019 | Current Projected Date Of Final Report (TFR): | August 5, 2020 (Actual) |

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 16-51380 | **Trustee:** ELIZABETH G. ANDRUS (380170) |
| **Case Name:** PADCO ENERGY SERVICES, LLC | **Bank Name:** Mechanics Bank |
| | **Account:** ******8166 - Checking Account |
| **Taxpayer ID #:** **-***4473 | **Blanket Bond:** $33,683,348.00 (per case limit) |
| **Period Ending:** 06/30/21 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/10/18 | | Lawler Auction Company | SALES PROCEEDS - AUCTION - CO# 3820 | | 776,997.58 | | 776,997.58 |
| | {6} | | SALES PROCEEDS -            34,000.00<br>AUCTION | 1129-000 | | | 776,997.58 |
| | {7} | | SALES PROCEEDS -           210,200.00<br>AUCTION | 1129-000 | | | 776,997.58 |
| | {8} | | SALES PROCEEDS -           105,000.00<br>AUCTION | 1129-000 | | | 776,997.58 |
| | {13} | | SALES PROCEEDS -            31,650.00<br>AUCTION | 1129-000 | | | 776,997.58 |
| | {15} | | SALES PROCEEDS -           101,000.00<br>AUCTION | 1129-000 | | | 776,997.58 |
| | {28} | | SALES PROCEEDS -            79,500.00<br>AUCTION | 1129-000 | | | 776,997.58 |
| | {29} | | SALES PROCEEDS -            41,050.00<br>AUCTION | 1129-000 | | | 776,997.58 |
| | {31} | | SALES PROCEEDS -            68,600.00<br>AUCTION | 1129-000 | | | 776,997.58 |
| | {32} | | SALES PROCEEDS -           106,000.00<br>AUCTION | 1129-000 | | | 776,997.58 |
| | {33} | | SALES PROCEEDS -            23,350.00<br>AUCTION | 1129-000 | | | 776,997.58 |
| | {34} | | SALES PROCEEDS -               400.00<br>AUCTION | 1129-000 | | | 776,997.58 |
| | {36} | | SALES PROCEEDS -               900.00<br>AUCTION | 1129-000 | | | 776,997.58 |
| | {40} | | SALES PROCEEDS -               700.00<br>AUCTION | 1129-000 | | | 776,997.58 |
| | {41} | | SALES PROCEEDS -            11,500.00<br>AUCTION | 1129-000 | | | 776,997.58 |
| | {42} | | SALES PROCEEDS -            39,600.00<br>AUCTION | 1129-000 | | | 776,997.58 |
| | {44} | | SALES PROCEEDS -            40,250.00<br>AUCTION | 1129-000 | | | 776,997.58 |
| | {45} | | SALES PROCEEDS -            34,500.00<br>AUCTION | 1129-000 | | | 776,997.58 |
| | {50} | | SALES PROCEEDS -             7,875.00<br>AUCTION | 1229-000 | | | 776,997.58 |
| | {43} | | SALES PROCEEDS -             3,800.00<br>AUCTION | 1129-000 | | | 776,997.58 |
| | | | Subtotals : | | $776,997.58 | $0.00 | |

{} Asset reference(s)

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 16-51380
**Case Name:** PADCO ENERGY SERVICES, LLC

**Taxpayer ID #:** \*\*-\*\*\*4473
**Period Ending:** 06/30/21

**Trustee:** ELIZABETH G. ANDRUS (380170)
**Bank Name:** Mechanics Bank
**Account:** \*\*\*\*\*\*8166 - Checking Account
**Blanket Bond:** $33,683,348.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | {37} | | SALES PROCEEDS 43,000.00 | 1129-000 | | | 776,997.58 |
| | | Lawler Auction Company | FEES -147,431.25 | 3610-000 | | | 776,997.58 |
| | | Lawler Auction Company | EXPENSES -58,446.17 | 3620-000 | | | 776,997.58 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 782.31 | 776,215.27 |
| 06/08/18 | | Lawler Auction Company | Auction Sale Proceeds for CO# 3909 (Lug Wheels) | | 25.50 | | 776,240.77 |
| | {50} | | SALES PROCEEDS - AUCTION 30.00 | 1229-000 | | | 776,240.77 |
| | | Lawler Auction Company | Ref # FEES -4.50 | 3610-000 | | | 776,240.77 |
| 06/19/18 | | Davidson Summers, APLC | Client Trust Account | 4210-000 | | 626,309.26 | 149,931.51 |
| 06/19/18 | | Linebarger Goggan Blair & Sampson, LLP | Payment on secured claim | | | 57,855.06 | 92,076.45 |
| | | | CLAIM PAID 52,800.08 | 4210-000 | | | 92,076.45 |
| | | | CLAIM PAID 5,054.98 | 4210-000 | | | 92,076.45 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 754.03 | 91,322.42 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 140.10 | 91,182.32 |
| 08/02/18 | 101 | Cross Keys Bank | Sale of 2 trailers at public aution net of carveout | 4210-000 | | 6,561.00 | 84,621.32 |
| 08/17/18 | {27} | John W. Luster | Proceeds from Compromise and Sale of Flowback Assets | 1129-000 | 316,382.68 | | 401,004.00 |
| 08/24/18 | 102 | Home Federal Bank | Ref # SECURED | 4210-000 | | 294,235.89 | 106,768.11 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 300.53 | 106,467.58 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.67 | 106,385.91 |
| 10/08/18 | 103 | Ascentium Capital LLC | CLAIM PAID (AUCTION LOT 151) | 4210-000 | | 8,572.50 | 97,813.41 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.18 | 97,717.23 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.36 | 97,629.87 |
| 12/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.91 | 97,549.96 |
| 01/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.20 | 97,461.76 |
| 02/14/19 | 104 | Elizabeth G. Andrus, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2019 FOR CASE #16-51380 | 2300-000 | | 25.55 | 97,436.21 |
| 02/28/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 74.76 | 97,361.45 |
| 03/29/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 77.35 | 97,284.10 |
| 04/30/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.28 | 97,198.82 |
| 05/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 82.54 | 97,116.28 |
| 06/28/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 74.49 | 97,041.79 |
| 07/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.73 | 96,954.06 |

Subtotals : $316,408.18 $996,451.70

{} Asset reference(s)

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Number: | 16-51380 | | | Trustee: | ELIZABETH G. ANDRUS (380170) | |
| Case Name: | PADCO ENERGY SERVICES, LLC | | | Bank Name: | Mechanics Bank | |
| | | | | Account: | ******8166 - Checking Account | |
| Taxpayer ID #: | **-***4473 | | | Blanket Bond: | $33,683,348.00  (per case limit) | |
| Period Ending: | 06/30/21 | | | Separate Bond: | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/30/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.68 | 96,874.38 |
| 09/30/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.96 | 96,797.42 |
| 10/31/19 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 87.51 | 96,709.91 |
| 11/29/19 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 74.18 | 96,635.73 |
| 12/31/19 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 87.36 | 96,548.37 |
| 01/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 81.78 | 96,466.59 |
| 02/13/20 | 105 | Elizabeth G. Andrus, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/13/2020 FOR CASE #16-51380 | 2300-000 | | 53.18 | 96,413.41 |
| 02/28/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 73.79 | 96,339.62 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 76.99 | 96,262.63 |
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 153.86 | 96,108.77 |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 148.49 | 95,960.28 |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 163.60 | 95,796.68 |
| 07/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 158.22 | 95,638.46 |
| 09/02/20 | 106 | United States Trustee (ADMINISTRATIVE) | Dividend paid 100.00% on $1,300.00, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 | | 1,300.00 | 94,338.46 |
| 09/02/20 | 107 | Thomas E. St. Germain | Dividend paid  47.68% on $17,763.50, Attorney for D-I-P Fees (Chapter 11); Reference: C11 FEES-2 | 6210-160 | | 8,470.82 | 85,867.64 |
| 09/02/20 | 108 | Thomas E. St. Germain | Dividend paid  47.68% on $24,950.00, Attorney for D-I-P Fees (Chapter 11); Reference: C11 FEES-3 | 6210-160 | | 11,897.83 | 73,969.81 |
| 09/02/20 | 109 | Thomas E. St. Germain | Dividend paid  47.68% on $6,645.00, Attorney for D-I-P Fees (Chapter 11);  Reference: C11 FEES-4 | 6210-160 | | 3,168.78 | 70,801.03 |
| 09/02/20 | 110 | Thomas E. St. Germain | Dividend paid  47.68% on $367.38, Attorney for D-I-P Expenses (Chapter 11);  Reference: C11 EXP-2 | 6220-170 | | 175.19 | 70,625.84 |
| 09/02/20 | 111 | Thomas E. St. Germain | Dividend paid  47.68% on $56.88, Attorney for D-I-P Expenses (Chapter 11);  Reference: C11 EXP-3 | 6220-170 | | 27.12 | 70,598.72 |
| 09/02/20 | 112 | Thomas E. St. Germain | Dividend paid  47.68% on $157.15, Attorney for D-I-P Expenses (Chapter 11);  Reference: C11 EXP-4 | 6220-170 | | 74.94 | 70,523.78 |
| 09/02/20 | 113 | Neil Carlisle | Dividend paid  47.68% on $16,158.93, Accountant for Trustee/D-I-P Fees (Other Firm) (Chapter 11);  Reference: C11 CPA FEES | 6410-000 | | 7,705.66 | 62,818.12 |

| | | Subtotals : | $0.00 | $34,135.94 |
|---|---|---|---|---|

{} Asset reference(s)

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 16-51380 |
| **Case Name:** | PADCO ENERGY SERVICES, LLC |
| **Taxpayer ID #:** | **-***4473 |
| **Period Ending:** | 06/30/21 |

| | |
|---|---|
| **Trustee:** | ELIZABETH G. ANDRUS (380170) |
| **Bank Name:** | Mechanics Bank |
| **Account:** | ******8166 - Checking Account |
| **Blanket Bond:** | $33,683,348.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/02/20 | 114 | ELIZABETH G. ANDRUS | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 62,818.12 | 0.00 |
| | | | Dividend paid 100.00%          62,228.63 on $62,228.63;  Claim# ; Filed: $62,228.63 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%          589.49 on $589.49;  Claim# ; Filed: $589.49 | 2200-000 | | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 1,093,405.76 | 1,093,405.76 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 1,093,405.76 | 1,093,405.76 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1,093,405.76** | **$1,093,405.76** | |

| | |
|---|---|
| Net Receipts : | 1,093,405.76 |
| Plus Gross Adjustments : | 205,881.92 |
| Net Estate : | $1,299,287.68 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******8166** | **1,093,405.76** | **1,093,405.76** | **0.00** |
| | **$1,093,405.76** | **$1,093,405.76** | **$0.00** |